Decided December 15, 2006

## RAYMOND P. GODAIRE *v.* STATE OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 27878) is denied.

*Raymond P. Godaire,* pro se, in support of the petition.

*Jacqueline S. Hoell,* assistant attorney general, in opposition.

Decided December 15, 2006